# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L. | U.S. Court of Appeals, 3rd Cir | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Federal Courthouse
844 N. King Street, Lock Box 32
Wilmington, DE 19801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. | Member | Board of Editors, Delaware Lawyer |
| 5. | Member | Executive Committee, National Bankruptcy Conference |
| 6. | Member (Emeritus) | TriBar Legal Opinion Committee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Georgetown University - teaching | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | State of Delaware - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | April 11-12, 2014 | New York City, NY | 22nd Annual Convention, Panelist/Speaker | Transportation |
| 2. | Georgetown University | August 26-27, 2014 | Washington, DC | Teaching Class | Transportation |
| 3. | Georgetown University | September 7-8. 2014 | Washington, DC | Teaching Class | Transportation |
| 4. | Georgetown University | September 14-15, 2014 | Washington, DC | Teaching Class | Transportation |
| 5. | Georgetown University | September 20-22, 2014 | Washington, DC | Teaching Class | Transportation |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Georgetown University | September 28-29, 2014 | Washington, DC | Teaching Class | Transportation |
| 7. | Georgetown University | October 5-6, 2014 | Washington, DC | Teaching Class | Transportation |
| 8. | Georgetown University | October 19-20, 2014 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | October 26-27, 2014 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | October 30, 2014 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | November 3, 2014 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | November 9-10, 2014 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | November 16-17, 2014 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | November 23-24, 2014 | Washington, DC | Teaching Class | Transportation |
| 15. | Georgetown University | December 1, 2014 | Washington, DC | Teaching Class | Transportation |
| 16. | Georgetown University | December 9-10, 2014 | Washington, DC | Teaching Class | Transportation |

**FINANCIAL DISCLOSURE REPORT**

Page 4 of 66

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 304) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 304) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 304) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | A | Interest | J | T | | | | | |
| 2. M&T Bank Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | | None | | | Redeemed | 05/13/14 | J | | |
| 4. Trust Account #6 | D | Dividend | M | T | | | | | |
| 5. - Harris Assoc Oakmark I | | | | | Sold (part) | 07/03/14 | J | B | |
| 6. - WF Advantage Municipal Money Market | | | | | | | | | |
| 7. IRA Account #1 | C | Dividend | N | T | | | | | |
| 8. - Oakmark Fund Class I (Y) | | | | | | | | | |
| 9. - iShares Core S&P Midcap | | | | | Sold | 02/03/14 | M | B | |
| 10. - iShares Core S&P 500 Index | | | | | Sold | 02/03/14 | M | | |
| 11. - Proshares Untra Midcap 400 | | | | | Sold | 05/03/14 | L | B | |
| 12. - Proshares Ultra S&P 500 | | | | | Sold (part) | 02/03/14 | L | | |
| 13. | | | | | Sold (part) | 03/04/14 | L | | |
| 14. | | | | | Sold | 04/14/14 | L | | |
| 15. - First TR Emerging ET Markets Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 16. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 17. | | | | | Buy (add'l) | 06/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 19. | | | | | Sold (part) | 08/04/14 | J | A | |
| 20. | | | | | Sold (part) | 09/02/14 | J | A | |
| 21. | | | | | Sold (part) | 09/29/14 | J | | |
| 22. | | | | | Sold (part) | 10/13/14 | J | | |
| 23. | | | | | Sold (part) | 10/20/14 | J | | |
| 24. | | | | | Buy (add'l) | 11/03/14 | K | | |
| 25. | | | | | Sold (part) | 12/01/14 | J | | |
| 26. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 27. | | | | | Sold (part) | 12/30/14 | J | | |
| 28. - First TR Enhanced Short Maturity | | | | | Buy | 10/28/14 | M | | |
| 29. | | | | | Buy (add'l) | 11/03/14 | L | | |
| 30. | | | | | Sold (part) | 12/01/14 | L | | |
| 31. | | | | | Sold (part) | 12/08/14 | K | | |
| 32. | | | | | Sold (part) | 12/29/14 | L | | |
| 33. - First TR Exchange ET Traded Alphadex FD II Eurozone ETF | | | | | Buy | 12/01/14 | L | | |
| 34. | | | | | Buy (add'l) | 12/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 36.   - First Trust ET Financial Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 37. | | | | | Sold (part) | 06/09/14 | J | A | |
| 38. | | | | | Sold (part) | 06/16/14 | J | A | |
| 39. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 40. | | | | | Sold (part) | 07/21/14 | J | A | |
| 41. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 42. | | | | | Sold (part) | 08/11/14 | J | A | |
| 43. | | | | | Sold (part) | 08/18/14 | J | A | |
| 44. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 45. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 46. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 47. | | | | | Sold (part) | 10/20/14 | K | | |
| 48. | | | | | Buy (add'l) | 12/08/14 | K | | |
| 49. | | | | | Buy (add'l) | 12/09/14 | K | | |
| 50. | | | | | Sold (part) | 12/29/14 | J | A | |
| 51.   - First Trust Utilities Alphadex Fund | | | | | Buy | 06/17/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 53. | | | | | Sold (part) | 07/21/14 | J | A | |
| 54. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 55. | | | | | Sold (part) | 08/04/14 | K | | |
| 56. | | | | | Buy (add'l) | 12/29/14 | K | | |
| 57. | | | | | Buy (add'l) | 12/30/14 | K | | |
| 58. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 59. - First Trust Consumer Discretionary Alphadex Fund | | | | | Buy | 08/04/14 | K | | |
| 60. | | | | | Sold (part) | 08/11/14 | J | | |
| 61. | | | | | Sold (part) | 08/18/14 | J | A | |
| 62. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 63. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 64. | | | | | Sold (part) | 10/13/14 | K | | |
| 65. | | | | | Buy (add'l) | 12/29/14 | K | | |
| 66. | | | | | Buy (add'l) | 12/30/14 | K | | |
| 67. - First Trust Consumer ET Staples Alphadex Fund | | | | | Buy | 06/17/14 | K | | |
| 68. | | | | | Buy (add'l) | 07/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/21/14 | J | | |
| 70. | | | | | Sold (part) | 07/28/14 | K | | |
| 71. | | | | | Buy (add'l) | 08/11/14 | K | | |
| 72. | | | | | Sold (part) | 08/18/14 | J | A | |
| 73. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 74. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 75. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 76. | | | | | Buy (add'l) | 10/20/14 | K | | |
| 77. | | | | | Sold (part) | 11/03/14 | J | A | |
| 78. | | | | | Sold (part) | 12/09/14 | J | A | |
| 79. | | | | | Sold (part) | 12/30/14 | J | B | |
| 80.  - First Trust Technology ET Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 81. | | | | | Sold (part) | 06/09/14 | J | A | |
| 82. | | | | | Sold (part) | 06/16/14 | J | A | |
| 83. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 84. | | | | | Sold (part) | 07/21/14 | J | A | |
| 85. | | | | | Buy (add'l) | 07/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 08/11/14 | J | A | |
| 87. | | | | | Sold (part) | 08/18/14 | J | A | |
| 88. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 89. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 90. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 91. | | | | | Buy (add'l) | 10/20/14 | K | | |
| 92. | | | | | Sold (part) | 10/27/14 | J | A | |
| 93. | | | | | Sold (part) | 11/03/14 | J | A | |
| 94. | | | | | Sold (part) | 12/09/14 | J | A | |
| 95. | | | | | Sold (part) | 12/30/14 | J | B | |
| 96. - iShares 1-3 YR Treasury Bond | | | | | Buy | 02/03/14 | M | | |
| 97. | | | | | Sold | 03/04/14 | M | | |
| 98. - iShares 3-7 YR Treasury Bond | | | | | Buy | 02/03/14 | M | | |
| 99. | | | | | Sold | 03/04/14 | M | | |
| 100. - Proshares Trust Ultra 7-10 YR Treasury Non-Traditional | | | | | Buy | 02/03/14 | M | | |
| 101. | | | | | Sold | 03/04/14 | M | | |
| 102. - iShares Russell 2000 | | | | | Buy | 03/04/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/14/14 | M | | |
| 104.  - iShares Core S&P 500 | | | | | Buy | 03/04/14 | M | | |
| 105. | | | | | Sold | 04/14/14 | M | | |
| 106.  - Ultra Russell 2000 Proshares Non-Traditional | | | | | Buy | 03/04/14 | L | | |
| 107. | | | | | Sold | 04/14/14 | L | | |
| 108.  - Pimco ETF Trust Enhanced Short Term Maturity | | | | | Buy | 04/14/14 | K | | |
| 109. | | | | | Sold (part) | 04/28/14 | K | A | |
| 110. | | | | | Sold (part) | 06/02/14 | K | | |
| 111. | | | | | Buy (add'l) | 10/20/14 | L | | |
| 112. | | | | | Sold | 10/28/14 | L | | |
| 113.  - First Trust Industrials/ Producer Durables Alphadex Fund | | | | | Buy | 06/09/14 | K | | |
| 114. | | | | | Sold (part) | 06/16/14 | J | | |
| 115. | | | | | Sold (part) | 07/07/14 | K | | |
| 116. | | | | | Buy (add'l) | 07/21/14 | K | | |
| 117. | | | | | Sold (part) | 07/28/14 | K | | |
| 118. | | | | | Buy (add'l) | 08/19/14 | K | | |
| 119. | | | | | Buy (add'l) | 09/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 121. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 122. | | | | | Sold | 10/20/14 | K | | |
| 123. - First Trust Health Career Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 124. | | | | | Sold (part) | 06/09/14 | J | A | |
| 125. | | | | | Sold (part) | 06/16/14 | J | A | |
| 126. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 127. | | | | | Sold (part) | 07/21/14 | J | A | |
| 128. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 129. | | | | | Sold (part) | 08/11/14 | J | A | |
| 130. | | | | | Sold (part) | 08/18/14 | J | A | |
| 131. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 132. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 133. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 134. | | | | | Sold | 10/20/14 | K | B | |
| 135. - First Trust Material ETF Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 136. | | | | | Sold (part) | 06/09/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 06/16/14 | J | A | |
| 138. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 139. | | | | | Sold (part) | 07/21/14 | J | A | |
| 140. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 141. | | | | | Sold (part) | 08/11/14 | J | A | |
| 142. | | | | | Sold (part) | 08/18/14 | J | A | |
| 143. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 144. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 145. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 146. | | | | | Buy (add'l) | 10/20/14 | K | | |
| 147. | | | | | Sold (part) | 10/27/14 | K | | |
| 148. | | | | | Sold | 10/28/14 | K | A | |
| 149. - First Trust Energy ETF Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 150. | | | | | Sold (part) | 06/09/14 | J | A | |
| 151. | | | | | Sold (part) | 06/16/14 | J | A | |
| 152. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 153. | | | | | Sold (part) | 07/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 155. | | | | | Sold (part) | 08/11/14 | J | A | |
| 156. | | | | | Sold (part) | 08/18/14 | J | A | |
| 157. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 158. | | | | | Sold | 09/29/14 | K | | |
| 159. - First Trust Canada Alphadex Fund | | | | | Buy | 04/14/14 | K | | |
| 160. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 161. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 162. | | | | | Sold (part) | 09/29/14 | J | | |
| 163. | | | | | Sold | 11/03/14 | K | | |
| 164. - First Trust Asia Pacific EX - Japan Alphadex Fund | | | | | Buy | 04/14/14 | J | | |
| 165. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 166. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 167. | | | | | Sold (part) | 09/29/14 | J | A | |
| 168. | | | | | Sold (part) | 10/13/14 | J | A | |
| 169. | | | | | Sold | 11/03/14 | K | | |
| 170. - First Trust Europe Alphadex Fund | | | | | Buy | 04/14/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 172. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 173. | | | | | Sold (part) | 08/11/14 | J | | |
| 174. | | | | | Sold (part) | 09/02/14 | J | | |
| 175. | | | | | Sold (part) | 09/29/14 | J | | |
| 176. | | | | | Sold (part) | 10/13/14 | J | | |
| 177. | | | | | Sold (part) | 10/20/14 | J | | |
| 178. | | | | | Sold | 11/03/14 | K | | |
| 179. - First Trust Japan Alphadex Fund | | | | | Buy | 06/02/14 | K | | |
| 180. | | | | | Sold | 09/02/14 | K | A | |
| 181. - First Trust Switzerland ETF Alphadex Fund | | | | | Buy | 09/02/14 | K | | |
| 182. | | | | | Sold (part) | 09/29/14 | J | | |
| 183. | | | | | Sold (part) | 10/20/14 | J | | |
| 184. | | | | | Sold | 11/03/14 | K | | |
| 185. - First Trust United Kingdom Alphadex Fund | | | | | Buy | 09/29/14 | K | | |
| 186. | | | | | Sold | 11/03/14 | K | | |
| 187. IRA Account #2 | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Fairholme Fund | | | | | Sold (part) | 07/07/14 | J | B | |
| 189. | | | | | Buy (add'l) | 07/09/14 | L | | |
| 190. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 191. | | | | | Sold (part) | 11/04/14 | L | | |
| 192. - WHV International Equity FD CL | | | | | Buy (add'l) | 07/08/14 | J | | |
| 193. | | | | | Buy (add'l) | 07/09/14 | L | | |
| 194. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 195. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 196. | | | | | Sold (part) | 11/04/14 | L | | |
| 197. - Dodge & Cox Intl Stock FD | | | | | Sold (part) | 07/07/14 | J | A | |
| 198. | | | | | Buy (add'l) | 07/10/14 | K | | |
| 199. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 200. - Federated Strategic Value Dividend FD | | | | | Sold (part) | 01/06/14 | J | A | |
| 201. | | | | | Sold (part) | 07/07/14 | J | B | |
| 202. | | | | | Buy (add'l) | 07/09/14 | L | | |
| 203. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 204. | | | | | Sold (part) | 10/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 11/04/14 | J | B | |
| 206.   - Natixis fds TR I Oakmark Intl FD | | | | | Sold (part) | 07/07/14 | J | A | |
| 207. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 208. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 209.   - Brandes Invt TR Instl Emerging Mkts FD | | | | | Buy (add'l) | 07/09/14 | K | | |
| 210. | | | | | Sold (part) | 07/07/14 | K | A | |
| 211. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 212. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 213. | | | | | Sold (part) | 11/04/14 | K | A | |
| 214.   - Matthews Asia Dividend FD | | | | | Sold (part) | 07/07/14 | J | A | |
| 215. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 216. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 217. | | | | | Sold (part) | 11/04/14 | K | B | |
| 218.   - Primecap Odyssey FDS Aggressive Growth FD | | | | | Sold (part) | 01/06/14 | J | B | |
| 219. | | | | | Sold (part) | 07/07/14 | J | B | |
| 220. | | | | | Buy (add'l) | 07/09/14 | L | | |
| 221. | | | | | Buy (add'l) | 08/12/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 09/17/14 | J | B | |
| 223. | | | | | Sold (part) | 11/04/14 | L | D | |
| 224.  - Northern Lts FD TR III Good Harbor US TActical Core Fund | | | | | Sold (part) | 01/05/14 | J | A | |
| 225. | | | | | Sold (part) | 07/03/14 | K | A | |
| 226. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 227. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 228. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 229. | | | | | Sold | 11/04/14 | L | | |
| 230.  - Mainstay FDS TR Marketfield FD CL I | | | | | Sold (part) | 01/06/14 | J | A | |
| 231. | | | | | Sold (part) | 07/07/14 | J | | |
| 232. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 233. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 234. | | | | | Sold | 11/04/14 | L | | |
| 235.  - Blackrock FDS Emerging MKT Long/ Short Equity FD | | | | | Sold | 02/24/14 | J | | |
| 236.  - Virtus Opportunities Trust | | | | | Sold (part) | 01/06/14 | J | A | |
| 237. | | | | | Sold (part) | 07/07/14 | K | C | |
| 238. | | | | | Buy (add'l) | 07/09/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 240. | | | | | Sold (part) | 11/04/14 | K | A | |
| 241.  - Pimco Equity SER | | | | | Buy | 01/06/14 | K | | |
| 242. | | | | | Sold (part) | 07/07/14 | J | A | |
| 243.  - Pimco All Asset All Authority | | | | | Buy (add'l) | 07/09/14 | K | | |
| 244. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 245. | | | | | Sold (part) | 11/04/14 | K | | |
| 246.  - Neuberger Berman Alternative FDS | | | | | Buy | 07/07/14 | J | | |
| 247. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 248. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 249. | | | | | Sold (part) | 11/04/14 | K | | |
| 250.  - Primecap Odyssey Growth | | | | | Buy | 07/07/14 | K | | |
| 251. | | | | | Buy (add'l) | 07/09/14 | L | | |
| 252. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 253. | | | | | Sold (part) | 09/17/14 | J | A | |
| 254. | | | | | Sold (part) | 11/04/14 | J | A | |
| 255.  - Virtus Emerging Markets Opportunities Fund | | | | | Buy | 07/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 07/09/14 | K | | |
| 257. | | | | | Buy (add'l) | 08/12/14 | K | | |
| 258. | | | | | Sold (part) | 11/04/14 | K | | |
| 259. - JP Morgan TR I Strategic Inocme Opportunity | | | | | Buy | 11/04/14 | L | | |
| 260. - Nuveen Invt FDS Inc Real Asset Income FD | | | | | Buy | 11/04/14 | L | | |
| 261. - Pimco All Asset Fund Inst CL | | | | | Buy | 11/04/14 | L | | |
| 262. - Arbitrage FD CL I | | | | | Buy | 11/05/14 | K | | |
| 263. - Dodge & Cox Stock FD | | | | | Buy | 11/05/14 | M | | |
| 264. - Dodge & Cox Income FD | | | | | Buy | 11/05/14 | L | | |
| 265. - Doubleline FDS TR Total Return BD FD | | | | | Buy | 11/05/14 | L | | |
| 266. Trust Account #12 | E | Int./Div. | O | T | | | | | |
| 267. - Fairholme Fund | | | | | Sold (part) | 11/04/14 | K | D | |
| 268. - WHV International Equity FD | | | | | Buy (add'l) | 07/15/14 | K | | |
| 269. | | | | | Sold (part) | 11/04/14 | K | C | |
| 270. -Federated Strategic Value Dividend Fund Instl | | | | | Sold (part) | 07/15/14 | J | C | |
| 271. | | | | | Sold (part) | 11/04/14 | J | A | |
| 272. - Brandes Invt TR Inst Emerging Mkts FD | | | | | Sold (part) | 11/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Dodge & Cox Intl Stock FD | | | | | | | | | |
| 274. - Matthews Asia Dividend FD | | | | | Buy (add'l) | 07/15/14 | J | | |
| 275. | | | | | Sold (part) | 11/04/14 | J | B | |
| 276. - Natixis FDS TR I Oakmark Intl FD CL A | | | | | Buy (add'l) | 07/15/14 | J | | |
| 277. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 278. - Primecap Odyssey FDS Aggressive Growth FD | | | | | Sold (part) | 07/15/14 | J | C | |
| 279. | | | | | Sold (part) | 11/04/14 | K | D | |
| 280. - Northern Lts FD TR III Good harbor US Tactical Core Fund | | | | | Sold (part) | 02/12/14 | L | B | |
| 281. | | | | | Buy (add'l) | 07/15/14 | K | | |
| 282. | | | | | Sold | 11/04/14 | K | | |
| 283. - Mainstay FDS TR Marketfield FD | | | | | Sold (part) | 07/15/14 | K | | |
| 284. | | | | | Sold | 11/04/14 | K | | |
| 285. - Blackrock FDS Emerging MKT Equity FD Instl Shs | | | | | Sold | 02/24/14 | K | | |
| 286. - Virtus Opportunities Trust | | | | | Sold (part) | 07/15/14 | K | D | |
| 287. | | | | | Sold (part) | 11/04/14 | J | A | |
| 288. - Pimco Equity SER | | | | | Buy | 02/14/14 | L | | |
| 289. | | | | | Sold (part) | 07/15/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 11/04/14 | J | | |
| 291. - Neuberger Berman Alternative FDS | | | | | Buy | 07/15/14 | K | | |
| 292. | | | | | Sold (part) | 11/04/14 | J | | |
| 293. - Virtus Emerging Markets Opportunities FD | | | | | Buy | 07/15/14 | K | | |
| 294. | | | | | Sold (part) | 11/04/14 | J | | |
| 295. - Primecap Odyssey Growth | | | | | Buy | 07/15/14 | K | | |
| 296. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 297. -JP Morgan TR I Strategic Income Opportunity | | | | | Buy | 11/04/14 | K | | |
| 298. - Nuveen Invt FDS Inc Real Asset Income | | | | | Buy | 11/04/14 | K | | |
| 299. - Pimco All Asset Fund Instl CL | | | | | Buy | 11/04/14 | K | | |
| 300. - Arbitrage FD | | | | | Buy | 11/05/14 | K | | |
| 301. - Dodge & Cox Stock Fund | | | | | Buy | 11/05/14 | L | | |
| 302. - Dodge & Cox Income Fund | | | | | Buy | 11/05/14 | K | | |
| 303. - Doubleline FDS TR Total Return BD FD | | | | | Buy | 11/05/14 | K | | |
| 304. Springside, LLC (2000 - $300,000, 2012- $20,123) | D | Rent | P1 | W | | | | | |
| 305. Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | O | W | | | | | |
| 306. Trust #15 | D | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Johnson & Johnson | | | | | Donated (part) | | | | |
| 308. - Microsoft Corp | | | | | | | | | |
| 309. - Range Resources Corp | | | | | | | | | |
| 310. - Rex Energy Corp | | | | | Buy (add'l) | 01/06/14 | J | | |
| 311. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 312. | | | | | Buy (add'l) | 10/16/14 | K | | |
| 313. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 314. - The St Joe Company | | | | | Sold | 02/12/14 | K | | |
| 315. - Fairholme FDS Inc | | | | | Buy (add'l) | 01/06/14 | J | | |
| 316. | | | | | Sold (part) | 09/25/14 | K | D | |
| 317. - Brown Cap Mgmt Mutual FDS Small Co Fund | | | | | Buy | 01/16/14 | J | | |
| 318. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 319. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 320. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 321. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 322. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 323. | | | | | Sold (part) | 09/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Market Vectors Gold ETF Miners | | | | | Buy | 02/12/14 | M | | |
| 325. | | | | | Sold | 09/25/14 | M | | |
| 326. - Sandridge Energy Inc | | | | | Buy | 03/11/14 | J | | |
| 327. | | | | | Sold | 09/08/14 | J | | |
| 328. - Ultra Petroleum Corp | | | | | Buy | 04/01/14 | J | | |
| 329. | | | | | Sold | 09/25/14 | J | | |
| 330. - Consol Energy Inc | | | | | Buy | 04/10/14 | J | | |
| 331. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 332. | | | | | Sold | 09/25/14 | K | | |
| 333. - Vanguard Specialized Portfolios Energy Port Investor | | | | | Buy | 07/02/14 | K | | |
| 334. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 335. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 336. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 337. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 338. | | | | | Sold (part) | 09/25/14 | K | | |
| 339. | | | | | Buy (add'l) | 12/03/14 | K | | |
| 340. | | | | | Buy (add'l) | 12/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Medley Capital Corp | | | | | Buy | 09/25/14 | K | | |
| 342.  - Pennantpark Investment Corp | | | | | Buy | 09/25/14 | K | | |
| 343.  - Prospect Capital Corp | | | | | Buy | 09/25/14 | K | | |
| 344.  - Matthews Intl FD Asian Growth & Income | | | | | Buy | 09/08/14 | J | | |
| 345. | | | | | Sold | 09/25/14 | J | | |
| 346.  - BP Plc Spons ADR | | | | | Buy | 11/07/14 | K | | |
| 347.  - National Oil Well Varco Inc | | | | | Buy | 12/15/14 | K | | |
| 348.  - Enterprise Products Partners | | | | | Buy | 12/31/14 | K | | |
| 349.  - Plains GP Holdings LP | | | | | Buy | 12/31/14 | K | | |
| 350.  - Weatherford International PLC | | | | | Buy | 01/03/14 | J | | |
| 351.  IRA #3 | E | Int./Div. | N | T | | | | | |
| 352.  - Devon Energy Corp | | | | | Sold (part) | 02/12/14 | K | | |
| 353. | | | | | Buy (add'l) | 03/06/14 | J | | |
| 354.  - Exxon Mobil Corp | | | | | | | | | |
| 355.  - Brown Cap Mgmt Mut FDS Small Co Fund Inv | | | | | Buy (add'l) | 01/14/14 | K | | |
| 356.  - Marine Harvest - Unspn ADR | | | | | Merged (with line 367) | 01/28/14 | J | | |
| 357.  - The St Joe Company | | | | | Sold | 02/12/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. - Fairholme FDS Inc | | | | | | | | | |
| 359. - Market Vectors Gold ETF Miners | | | | | Buy | 02/12/14 | L | | |
| 360. | | | | | Sold | 09/08/14 | L | | |
| 361. - Harris Assoc Invt TR Oakmark Global Select FD | | | | | Buy | 07/03/14 | K | | |
| 362. - Professionally Manged Portfolio CL Instl Hodges Small Cap | | | | | Buy | 07/24/14 | J | | |
| 363. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy | 07/29/14 | L | | |
| 364. | | | | | Buy (add'l) | 09/10/14 | L | | |
| 365. - Virtus Opportunities Trust - Virtus Synamic Alphasector FD | | | | | Buy | 07/29/14 | L | | |
| 366. - Rex Energy Corp | | | | | Buy | 09/17/14 | K | | |
| 367. - Marine Harvest ASA Sponsored ADR | | | | | | | | | |
| 368. IRA #4 | D | Int./Div. | | | Closed | 11/03/14 | J | | |
| 369. - iShares Core S&P Midcap ETF | | | | | Sold (part) | 02/03/14 | O | D | |
| 370. | | | | | Buy (add'l) | 06/17/14 | M | | |
| 371. | | | | | Sold (part) | 06/30/14 | M | A | |
| 372. | | | | | Buy (add'l) | 07/01/14 | L | | |
| 373. | | | | | Sold (part) | 07/16/14 | L | | |
| 374. | | | | | Sold | 08/01/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Proshares Ultra ET Midcap 400 Non-Traditional ETF | | | | | Sold (part) | 02/03/14 | N | D | |
| 376. | | | | | Buy (add'l) | 06/17/14 | L | | |
| 377. | | | | | Sold (part) | 06/30/14 | K | A | |
| 378. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 379. | | | | | Sold (part) | 07/16/14 | K | | |
| 380. | | | | | Sold | 08/01/14 | K | | |
| 381. - iShares Core S&P 500 | | | | | Sold (part) | 02/03/14 | O | | |
| 382. | | | | | Buy (add'l) | 03/04/14 | O | | |
| 383. | | | | | Sold (part) | 04/08/14 | M | | |
| 384. | | | | | Sold (part) | 05/20/14 | M | A | |
| 385. | | | | | Sold (part) | 06/30/14 | M | C | |
| 386. | | | | | Buy (add'l) | 04/16/14 | L | | |
| 387. | | | | | Buy (add'l) | 08/01/14 | L | | |
| 388. | | | | | Sold | 08/07/14 | M | | |
| 389. - Proshares Ultra S&P ET 500 | | | | | Sold (part) | 02/03/14 | N | | |
| 390. | | | | | Buy (add'l) | 03/04/14 | N | | |
| 391. | | | | | Sold (part) | 04/08/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 05/20/14 | M | B | |
| 393. | | | | | Sold (part) | 06/30/14 | L | C | |
| 394. | | | | | Sold (part) | 07/1/14 | M | D | |
| 395. | | | | | Buy (add'l) | 07/16/14 | K | | |
| 396. | | | | | Buy (add'l) | 08/01/14 | K | | |
| 397. | | | | | Sold | 08/07/14 | L | | |
| 398.   - iShares 1-3 YR Treasury Bond | | | | | Buy | 02/03/14 | O | | |
| 399. | | | | | Sold | 03/04/14 | O | | |
| 400. | | | | | Buy | 08/01/14 | L | | |
| 401. | | | | | Sold | 08/07/14 | L | A | |
| 402.   - iShares 3-7 YR Treasury Bond | | | | | Buy | 02/03/14 | O | | |
| 403. | | | | | Sold | 03/04/14 | O | | |
| 404. | | | | | Buy | 08/01/14 | K | | |
| 405. | | | | | Sold | 08/07/14 | K | A | |
| 406.   - Proshares Trust Ultra 7-10 YR Treasury Non-Traiditonal | | | | | Buy | 02/03/14 | O | | |
| 407. | | | | | Sold | 03/04/14 | O | | |
| 408. | | | | | Buy | 05/01/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 05/20/14 | M | | |
| 410. | | | | | Sold (part) | 06/17/14 | M | | |
| 411. | | | | | Sold (part) | 06/30/14 | K | | |
| 412. | | | | | Sold | 07/01/14 | K | | |
| 413. | | | | | Buy | 07/16/14 | K | | |
| 414. | | | | | Sold | 08/07/14 | K | A | |
| 415. - iShares Russell 2000 | | | | | Buy | 03/04/14 | O | | |
| 416. | | | | | Sold (part) | 04/08/14 | M | | |
| 417. | | | | | Sold (part) | 05/01/14 | M | | |
| 418. | | | | | Sold | 05/20/14 | M | | |
| 419. | | | | | Buy | 06/17/14 | M | | |
| 420. | | | | | Sold (part) | 06/30/14 | M | B | |
| 421. | | | | | Buy (add'l) | 07/01/14 | L | | |
| 422. | | | | | Sold (part) | 07/16/14 | L | | |
| 423. | | | | | Sold | 08/01/14 | L | | |
| 424. - Ultra Russell 2000 Proshares ETF 2x Non-Traditional ETF | | | | | Buy | 03/04/14 | N | | |
| 425. | | | | | Sold (part) | 04/08/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 66

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold (part) | 05/01/14 | L | | |
| 427. | | | | | Sold | 05/20/14 | L | | |
| 428. | | | | | Buy | 06/17/14 | L | | |
| 429. | | | | | Sold (part) | 06/30/14 | K | B | |
| 430. | | | | | Buy (add'l) | 07/01/14 | K | | |
| 431. | | | | | Sold (part) | 07/16/14 | K | | |
| 432. | | | | | Sold | 08/01/14 | K | | |
| 433.  - iShares 7-10YR Treasury Bond | | | | | Buy | 05/01/14 | M | | |
| 434. | | | | | Buy (add'l) | 05/20/14 | N | | |
| 435. | | | | | Sold (part) | 06/17/14 | N | | |
| 436. | | | | | Sold (part) | 06/30/14 | M | A | |
| 437. | | | | | Sold | 07/01/14 | L | | |
| 438. | | | | | Buy | 07/16/14 | L | | |
| 439. | | | | | Sold | 08/07/14 | L | A | |
| 440.  Trust #16 | F | Int./Div. | P1 | T | | | | | |
| 441.  - Apollo Investment Corp | | | | | Sold (part) | 02/20/14 | K | B | |
| 442.  - Blackrock Kelso Capital Corp | | | | | Buy (add'l) | 03/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 66

**Name of Person Reporting**

Ambro, Thomas L.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 444. | | | | | Sold (part) | 12/11/14 | J | | |
| 445. - Centrylink Inc | | | | | Sold (part) | 01/21/14 | J | | |
| 446. | | | | | Sold | 02/05/14 | J | | |
| 447. - Cisco Systems Inc | | | | | Sold | 02/05/14 | J | A | |
| 448. - Cypress Semiconductor Corp | | | | | Sold (part) | 02/03/14 | J | | |
| 449. | | | | | Sold | 02/05/14 | J | | |
| 450. - General Electric Company | | | | | Sold | 02/05/14 | J | A | |
| 451. - Marvell Technology Group LTD | | | | | Sold | 02/05/14 | J | B | |
| 452. - Microsoft Corp | | | | | Sold | 01/13/14 | K | C | |
| 453. - Prospect Capital Corp | | | | | Buy (add'l) | 03/20/14 | J | | |
| 454. | | | | | Sold (part) | 12/05/14 | J | | |
| 455. - Telefonica SA Spon ADR | | | | | Sold | 02/03/14 | J | A | |
| 456. - Whitestone Reit | | | | | | | | | |
| 457. - Alerian MLP | | | | | Sold | 10/10/14 | K | B | |
| 458. - American Capital Mortgage Investment Corp | | | | | | | | | |
| 459. - American Realty Capital Properties Inc | | | | | Buy (add'l) | 10/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 12/01/14 | J | | |
| 461. | | | | | Sold | 12/24/14 | J | | |
| 462. - AT&T Inc | | | | | Sold | 02/05/14 | K | | |
| 463. - BCE Inc | | | | | Sold | 02/05/14 | J | | |
| 464. - Conagra Foods Inc | | | | | Sold | 02/05/14 | J | | |
| 465. - Deere & Co | | | | | Sold (part) | 01/09/14 | K | A | |
| 466. | | | | | Sold | 02/05/14 | J | A | |
| 467. - Einstein Noah Restaurant Group | | | | | Sold | 02/05/14 | J | | |
| 468. - Enduro Royalty Trust | | | | | Sold | 05/20/14 | J | | |
| 469. - Energy Select Sector SPDR | | | | | Sold (part) | 01/05/14 | K | A | |
| 470. | | | | | Buy (add'l) | 01/30/14 | L | | |
| 471. | | | | | Sold (part) | 02/03/14 | L | | |
| 472. | | | | | Sold (part) | 03/10/14 | K | A | |
| 473. | | | | | Buy (add'l) | 09/25/14 | K | | |
| 474. | | | | | Sold | 10/10/14 | K | | |
| 475. - Ericsson Tel-SP ADR New | | | | | Sold | 02/05/14 | J | A | |
| 476. - Fifth Street Finance Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Franklin Street Properties Corp REIT FSP | | | | | Sold | 10/22/14 | J | | |
| 478. - HCP Inc | | | | | Sold | 07/31/14 | K | B | |
| 479. - Hospitality Properties REIT Trust | | | | | Sold | 05/05/14 | J | B | |
| 480. - Independence Realty TR Inc | | | | | Buy (add'l) | 01/24/14 | J | | |
| 481. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 482. - Intel Corp | | | | | Sold | 02/05/14 | J | A | |
| 483. - iShares Mortgage Real Estate | | | | | Sold (part) | 12/24/14 | J | | |
| 484. - Kellogg Company | | | | | Sold | 02/05/14 | J | | |
| 485. - Maxim Integrated Prods Inc | | | | | Sold | 02/05/14 | J | A | |
| 486. - Medley Capital Corp | | | | | Buy (add'l) | 03/17/14 | J | | |
| 487. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 488. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 489. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 490. - Newmont Mining Corp New | | | | | Sold | 02/05/14 | J | | |
| 491. - Pengrowth Energy Corp | | | | | Sold | 05/07/14 | K | C | |
| 492. - Pennantpark Investment Corp | | | | | Buy (add'l) | 06/27/14 | J | | |
| 493. | | | | | Buy (add'l) | 09/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 66

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 495. - Pfizer Incorporated | | | | | Sold (part) | 01/27/14 | J | A | |
| 496. | | | | | Sold | 02/05/14 | J | A | |
| 497. - Proshares TR Ultrashort Non-Traditional ETP | | | | | Sold | 01/15/14 | K | | |
| 498. - Proshares TR Ultrashort 20+ Year Treasury | | | | | Sold (part) | 01/10/14 | K | B | |
| 499. | | | | | Buy (add'l) | 02/12/14 | K | | |
| 500. | | | | | Sold (part) | 05/28/14 | K | | |
| 501. | | | | | Buy (add'l) | 07/31/14 | K | | |
| 502. | | | | | Sold | 10/16/14 | J | | |
| 503. - Royal Dutch Shell PLC ADR | | | | | Sold | 01/13/14 | J | B | |
| 504. - Safeway Inc New | | | | | Sold | 02/05/14 | J | | |
| 505. - SPDR S&P International ET Dividend | | | | | Sold | 01/24/14 | J | | |
| 506. - TICC Capital Corp | | | | | Sold (part) | 02/20/14 | J | A | |
| 507. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 508. - Transocean LTD Ordinary Shares | | | | | Sold (part) | 01/03/14 | J | | |
| 509. | | | | | Sold | 02/05/14 | J | | |
| 510. - Vodafone Group PLC Sponsored ADR New | | | | | Sold | 01/13/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 66

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  - Campus Crest Cmntys Inc | | | | | Buy | 01/02/14 | J | | |
| 512. | | | | | Sold | 10/08/14 | J | | |
| 513.  - Proshares Trust Ultrashort S&P 500 | | | | | Buy | 01/17/14 | K | | |
| 514. | | | | | Buy (add'l) | 01/24/14 | K | | |
| 515. | | | | | Buy (add'l) | 01/29/14 | K | | |
| 516. | | | | | Sold (part) | 01/30/14 | K | B | |
| 517. | | | | | Buy (add'l) | 01/31/14 | K | | |
| 518. | | | | | Buy (add'l) | 02/14/14 | K | | |
| 519. | | | | | Sold (part) | 02/07/14 | K | | |
| 520. | | | | | Buy (add'l) | 03/13/14 | K | | |
| 521. | | | | | Buy (add'l) | 04/28/14 | K | | |
| 522. | | | | | Sold (part) | 06/09/14 | K | | |
| 523. | | | | | Buy (add'l) | 07/01/14 | L | | |
| 524. | | | | | Sold (part) | 07/23/14 | K | | |
| 525. | | | | | Sold (part) | 09/18/14 | K | | |
| 526. | | | | | Sold (part) | 09/24/14 | K | | |
| 527. | | | | | Sold (part) | 10/03/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 66

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold (part) | 10/10/14 | L | | |
| 529. | | | | | Buy (add'l) | 11/28/14 | K | | |
| 530. | | | | | Sold (part) | 12/05/14 | K | | |
| 531. - CYS Investments Inc | | | | | Buy | 02/03/14 | J | | |
| 532. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 533. - Dynex Cap Inc | | | | | Buy | 02/03/14 | J | | |
| 534. | | | | | Sold | 02/20/14 | J | A | |
| 535. - Sector SPDR TR Technology Select Sector | | | | | Buy | 02/03/14 | L | | |
| 536. | | | | | Sold (part) | 03/10/14 | K | C | |
| 537. - Proshares Short S&P 500 | | | | | Buy | 02/03/14 | M | | |
| 538. | | | | | Sold (part) | 04/21/14 | L | | |
| 539. | | | | | Sold (part) | 05/12/14 | L | | |
| 540. | | | | | Buy (add'l) | 08/25/14 | L | | |
| 541. | | | | | Buy (add'l) | 09/10/14 | K | | |
| 542. | | | | | Buy (add'l) | 09/24/14 | K | | |
| 543. - Telefonica Brasil SA Sponsored ADR | | | | | Buy | 02/03/14 | J | | |
| 544. | | | | | Sold | 02/05/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting | Ambro, Thomas L.

Date of Report | 05/14/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Two Harbors Invt Corp | | | | | Buy | 02/03/14 | L | | |
| 546. | | | | | Sold (part) | 02/20/14 | K | A | |
| 547. | | | | | Sold (part) | 12/24/14 | J | A | |
| 548. - iShares U.S. Telecommunications | | | | | Buy | 02/05/14 | K | | |
| 549. - iShares North Amiercan Tech-Multimedia Networking | | | | | Buy | 02/05/14 | K | | |
| 550. - Market Vectors Trust Semiconductor | | | | | Buy | 02/05/14 | L | | |
| 551. - Market Vectors Gold ETF Miners | | | | | Buy | 02/05/14 | J | | |
| 552. - Financial Select Sector SPDR | | | | | Buy | 02/05/14 | J | | |
| 553. | | | | | Buy (add'l) | 03/10/14 | K | | |
| 554. - Industrial Select Sector SPDR | | | | | Buy | 02/05/14 | K | | |
| 555. | | | | | Buy (add'l) | 03/10/14 | J | | |
| 556. - Select Sector SPDR TR Consumer Staples | | | | | Buy | 02/05/14 | K | | |
| 557. | | | | | Buy (add'l) | 03/10/14 | K | | |
| 558. - Select Sector SPDR FD Health Care | | | | | Buy | 02/05/14 | K | | |
| 559. - SPDR S&P Oil & Gas Equipment & Services | | | | | Buy | 02/05/14 | J | | |
| 560. - Spider S&P Intl Telecom Sector | | | | | Buy | 02/05/14 | K | | |
| 561. - Proshares Trust Ultrashort Russell 2000 | | | | | Buy | 04/04/14 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 04/08/14 | K | A | |
| 563. | | | | | Buy (add'l) | 06/24/14 | K | | |
| 564. | | | | | Sold (part) | 07/01/14 | J | | |
| 565. | | | | | Sold | 09/25/14 | K | B | |
| 566. - Senior Housing Prop TR REIT | | | | | Buy | 04/21/14 | K | | |
| 567. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 568. - Proshares Trust Ultrashort QQQ New | | | | | Buy | 05/28/14 | K | | |
| 569. | | | | | Sold (part) | 06/24/14 | J | | |
| 570. | | | | | Buy (add'l) | 07/25/14 | K | | |
| 571. | | | | | Buy (add'l) | 07/31/14 | K | | |
| 572. | | | | | Sold (part) | 08/05/14 | K | A | |
| 573. | | | | | Buy (add'l) | 09/30/14 | K | | |
| 574. | | | | | Buy (add'l) | 10/08/14 | K | | |
| 575. | | | | | Buy (add'l) | 10/10/14 | K | | |
| 576. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 577. | | | | | Sold (part) | 10/14/14 | L | C | |
| 578. | | | | | Sold (part) | 10/20/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 12/09/14 | K | | |
| 580. | | | | | Buy (add'l) | 12/12/14 | K | | |
| 581. | | | | | Sold (part) | 12/17/14 | K | A | |
| 582.  - Invesco Mortgage Cap Inc | | | | | Buy | 07/01/14 | J | | |
| 583.  - Select Sector SPDR FD Consumer Discretionary | | | | | Buy | 10/03/14 | K | | |
| 584. | | | | | Buy (add'l) | 10/16/14 | K | | |
| 585. | | | | | Sold (part) | 11/06/14 | L | B | |
| 586.  - Fifth Street Senior FLTG Rate Corp | | | | | Buy | 09/24/14 | J | | |
| 587. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 588.  - SPDR S&P Retail | | | | | Buy | 10/16/14 | K | | |
| 589. | | | | | Sold | 11/06/14 | K | C | |
| 590.  - SPDR S&P International ETF | | | | | Buy | 09/18/14 | J | | |
| 591. | | | | | Buy | 09/30/14 | J | | |
| 592.  - iShares 3-7 YR Treasury Bond | | | | | Buy | 11/20/14 | L | | |
| 593. | | | | | Sold | 12/11/14 | L | A | |
| 594.  - SPDR Dow Jones INDL ETF | | | | | Buy | 11/20/14 | K | | |
| 595. | | | | | Sold (part) | 12/11/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Powershares FD TR II ETF CEF Incm Composite Port | | | | | Buy | 12/01/14 | L | | |
| 597. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 598. Trust #17 | D | Int./Div. | M | T | | | | | |
| 599. - Alerian MLP | | | | | Sold | 10/10/14 | J | A | |
| 600. - American Capital Mortgage Investment Corp | | | | | | | | | |
| 601. - American Realty Capital Properrties Inc | | | | | Buy (add'l) | 10/29/14 | J | | |
| 602. | | | | | Sold (part) | 12/01/14 | J | | |
| 603. | | | | | Sold | 12/24/14 | J | | |
| 604. - Apollo Investment Corp | | | | | Sold (part) | 02/20/14 | J | A | |
| 605. - AT&T Inc | | | | | Sold | 02/05/14 | J | | |
| 606. - BCE Inc | | | | | Sold | 02/05/14 | J | | |
| 607. - Blackrock Kelso Capital Corp | | | | | Buy (add'l) | 03/20/14 | J | | |
| 608. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 609. | | | | | Sold (part) | 12/24/14 | J | | |
| 610. - Cisco Systems Inc | | | | | Sold | 02/05/14 | J | A | |
| 611. - Conagra Foods Inc | | | | | Sold | 02/05/14 | J | | |
| 612. - Deere & Co | | | | | Sold (part) | 01/09/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold | 02/05/14 | J | | |
| 614. - Dynex Cap Inc | | | | | Sold | 02/20/14 | J | | |
| 615. - Einstein Noah Restaurant Group | | | | | Sold | 02/05/14 | J | | |
| 616. - Enduro Royalty Trust | | | | | Sold | 05/05/14 | J | | |
| 617. - Energy Select Sector SPDR | | | | | Sold (part) | 01/02/14 | J | A | |
| 618. | | | | | Buy (add'l) | 01/30/14 | J | | |
| 619. | | | | | Sold (part) | 02/03/14 | J | | |
| 620. | | | | | Sold (part) | 03/10/14 | J | A | |
| 621. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 622. | | | | | Sold | 10/10/14 | J | | |
| 623. - Ericsson Tel-SP ADR | | | | | Sold | 02/05/14 | J | A | |
| 624. - Fifth Street Finance Corp | | | | | | | | | |
| 625. - Franklin Street Properties Corp REIT | | | | | Sold | 10/22/14 | J | | |
| 626. - General Electric Company | | | | | Sold | 02/05/14 | J | A | |
| 627. - HCP Inc | | | | | Sold | 07/31/14 | J | A | |
| 628. - Hospitality Properties REIT Trust | | | | | Sold | 05/05/14 | J | A | |
| 629. - Independence Realty TR Inc | | | | | Buy (add'l) | 01/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 631. - Intel Corp | | | | | Sold | 02/05/14 | J | A | |
| 632. -iShares Mortgage Real Estate | | | | | | | | | |
| 633. - Kellogg Company | | | | | Sold | 02/05/14 | J | | |
| 634. - Marvell Technology Group LTD | | | | | Sold | 02/05/14 | J | | |
| 635. - Maxim Integrated Prods Inc | | | | | Sold | 02/05/14 | J | A | |
| 636. - Medley Capital Corp | | | | | Sold (part) | 01/07/14 | J | | |
| 637. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 638. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 639. - Microsoft Corp | | | | | Sold (part) | 01/13/14 | J | A | |
| 640. | | | | | Sold | 01/31/14 | J | A | |
| 641. - Newmont Mining Corp New | | | | | Sold | 02/05/14 | J | | |
| 642. - Pengrowth Energy Corp | | | | | Sold | 05/07/14 | J | A | |
| 643. - Pennantpark Investment Corp | | | | | Buy (add'l) | 06/27/14 | J | | |
| 644. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 645. - Pfizer Incorporated | | | | | Sold (part) | 01/27/14 | J | A | |
| 646. | | | | | Sold | 02/05/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.   - Proshares Short S&P 500 | | | | | Sold (part) | 04/21/14 | J | | |
| 648. | | | | | Sold (part) | 05/12/14 | J | | |
| 649. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 650.   - Proshares TR ETF Ultrashort Russell 2000 Non-Traditional | | | | | Sold (part) | 01/07/14 | J | | |
| 651. | | | | | Sold (part) | 01/30/14 | J | | |
| 652. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 653. | | | | | Sold (part) | 04/08/14 | J | A | |
| 654. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 655. | | | | | Sold (part) | 06/24/14 | J | | |
| 656. | | | | | Sold | 09/25/14 | J | | |
| 657.   - Proshares Trust Ultrashort 20+ Year Treasury | | | | | Sold (part) | 01/10/14 | J | A | |
| 658. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 659. | | | | | Sold (part) | 05/28/14 | J | | |
| 660. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 661. | | | | | Sold (part) | 10/16/14 | J | | |
| 662.   - Prospect Capital Corp | | | | | Buy (add'l) | 03/20/14 | J | | |
| 663. | | | | | Sold (part) | 12/05/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Royal Dutch Shell PLC ADR | | | | | Sold | 01/13/14 | J | A | |
| 665. - Safeway Inc New | | | | | Sold | 02/05/14 | J | A | |
| 666. - SPDR S&P International EF Dividend | | | | | Sold (part) | 01/24/14 | J | | |
| 667. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 668. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 669. - Telefonica Brasil SA Sponsored ADR | | | | | Sold | 02/05/14 | J | | |
| 670. - Telefonica S A Spon ADR | | | | | Sold | 02/03/14 | J | A | |
| 671. - TICC Capital Corp | | | | | Sold (part) | 02/20/14 | J | | |
| 672. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 673. - Transocean LTD Ordinary Shares | | | | | Sold (part) | 01/03/14 | J | | |
| 674. | | | | | Sold | 02/05/14 | J | | |
| 675. - Two Harbors Invt Corp | | | | | Buy (add'l) | 02/03/14 | J | | |
| 676. | | | | | Sold (part) | 02/20/14 | J | A | |
| 677. | | | | | Sold (part) | 12/24/14 | J | A | |
| 678. - Vodafone Group PLC Sponsored ADR | | | | | Sold | 01/13/14 | J | A | |
| 679. - Whitestone REIT | | | | | | | | | |
| 680. - Campus Crest Cmntys Inc | | | | | Buy | 01/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**      Name of Person Reporting      Date of Report

Ambro, Thomas L.

05/14/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Sold | 10/08/14 | J | | |
| 682.   - Proshares Trust Ultrashort S&P 500 New | | | | | Buy | 01/17/14 | J | | |
| 683. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 684. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 685. | | | | | Sold (part) | 01/30/14 | J | A | |
| 686. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 687. | | | | | Sold (part) | 02/07/14 | J | | |
| 688. | | | | | Buy (add'l) | 02/14/14 | J | | |
| 689. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 690. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 691. | | | | | Sold (part) | 06/09/14 | J | | |
| 692. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 693. | | | | | Sold (part) | 07/23/14 | J | | |
| 694. | | | | | Sold (part) | 09/18/14 | J | | |
| 695. | | | | | Sold (part) | 09/24/14 | J | | |
| 696. | | | | | Sold (part) | 10/03/14 | J | | |
| 697. | | | | | Sold (part) | 10/10/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 699. | | | | | Sold | 12/05/14 | J | | |
| 700. - Centrylink Inc | | | | | Buy | 02/03/14 | J | | |
| 701. | | | | | Sold | 02/05/14 | J | | |
| 702. - CYS Investments Inc | | | | | Buy | 02/03/14 | J | | |
| 703. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 704. - Sector SPDR TR Technology Select Sector | | | | | Buy | 02/03/14 | J | | |
| 705. | | | | | Sold (part) | 03/10/14 | J | A | |
| 706. - Proshares Trust Ultrashort QQQ | | | | | Buy | 02/03/14 | J | | |
| 707. | | | | | Sold (part) | 06/24/14 | J | | |
| 708. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 709. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 710. | | | | | Sold (part) | 08/05/14 | J | A | |
| 711. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 712. | | | | | Sold (part) | 10/14/14 | J | A | |
| 713. | | | | | Sold (part) | 10/20/14 | J | A | |
| 714. | | | | | Buy (add'l) | 10/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 716. | | | | | Sold (part) | 12/17/14 | J | A | |
| 717. - iShares U.S. Telecommunications | | | | | Buy | 02/05/14 | J | | |
| 718. - iShares North American Tech-Multimedia Networking | | | | | Buy | 02/05/14 | J | | |
| 719. - Market Vectors Trust ETF Semiconductor | | | | | Buy | 02/05/14 | J | | |
| 720. - Market Vectors Trust Gold ETF Miners | | | | | Buy | 02/05/14 | J | | |
| 721. - Financial Select Sector SPDR | | | | | Buy | 02/05/14 | J | | |
| 722. | | | | | Buy (add'l) | 03/10/14 | J | | |
| 723. - Induastrial Select Sector SPDR | | | | | Buy | 02/05/14 | J | | |
| 724. | | | | | Buy (add'l) | 03/10/14 | J | | |
| 725. - Select Sector SPDR TR Consumer Staples | | | | | Buy | 02/05/14 | J | | |
| 726. | | | | | Buy (add'l) | 03/10/14 | J | | |
| 727. - Select Sector SPDR FD Health Care | | | | | Buy | 02/05/14 | J | | |
| 728. - SPDR S&P Oil & Gas ETF Equipment & Services | | | | | Buy | 02/05/14 | J | | |
| 729. - Spider S&P Intl Telecomm Sector | | | | | Buy | 02/05/14 | J | | |
| 730. - Senior Housing Prop TR REIT | | | | | Buy | 04/21/14 | J | | |
| 731. - Invesco Mortgage Cap Inc | | | | | Buy | 07/01/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Fifth Street Seniour FLTG Rate Corp | | | | | Buy | 09/24/14 | J | | |
| 733. | | | | | Buy (add'l) | 10/10/14 | J | | |
| 734. - Select Sector SPDR FD Consumer Discretionary | | | | | Buy | 10/03/14 | J | | |
| 735. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 736. | | | | | Sold | 11/06/14 | J | A | |
| 737. - SPDR S&P Retail | | | | | Buy | 10/16/14 | J | | |
| 738. | | | | | Sold | 11/06/14 | J | A | |
| 739. - iShares 3-7 YR Treasury Bond | | | | | Buy | 11/20/14 | J | | |
| 740. | | | | | Sold | 12/11/14 | J | A | |
| 741. - SPDR Dow Jones Indl ETF | | | | | Buy | 11/20/14 | J | | |
| 742. | | | | | Sold (part) | 12/11/14 | J | | |
| 743. - Powershares FD TR II ETF CEF Incm Composite | | | | | Buy | 12/01/14 | J | | |
| 744. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 745. IRA #5 | D | Int./Div. | P1 | T | | | | | |
| 746. - Alerian MFP | | | | | Sold | 01/30/14 | J | A | |
| 747. - American Capital Mortgage Investment Corp | | | | | Sold | 01/30/14 | J | | |
| 748. - American Realty Capital Properties Inc | | | | | Sold | 01/30/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749.  - Apollo Investment Corp | | | | | Sold | 01/30/14 | J | | |
| 750.  - AT&T Inc | | | | | Sold | 01/30/14 | J | | |
| 751.  - BCE Inc | | | | | Sold | 01/30/14 | J | | |
| 752.  - Blackrock Kelso Capital Corp | | | | | Sold | 01/30/14 | J | | |
| 753.  - Centurylink Inc | | | | | Sold (part) | 01/21/14 | J | | |
| 754. | | | | | Sold | 01/30/14 | J | | |
| 755.  - Cisco Systems Inc | | | | | Sold | 01/30/14 | J | A | |
| 756.  - Conagra Foods | | | | | Sold | 01/30/14 | J | | |
| 757.  - Cypress Semiconductor Corp | | | | | Sold | 01/30/14 | J | | |
| 758.  - CYS Investments Inc | | | | | Sold | 01/30/14 | J | | |
| 759.  - Deere & Co | | | | | Sold | 01/30/14 | J | A | |
| 760.  - Dynex Cap Inc | | | | | Sold | 01/30/14 | J | | |
| 761.  - Einstein Noah Restaurant Group | | | | | Sold | 01/30/14 | J | | |
| 762.  - Enduro Royalty Trust | | | | | Sold | 01/30/14 | J | | |
| 763.  - Energy Select Sector SPDR | | | | | Sold | 01/02/14 | J | | |
| 764.  - Ericsson Tel-SP ADR | | | | | Sold | 01/30/14 | J | | |
| 765.  - Fifth Street Finance Corp | | | | | Sold | 01/30/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. - Franlkin Street Properties Corp | | | | | Sold | 01/30/14 | J | | |
| 767. - General Electric Company | | | | | Sold | 01/30/14 | J | A | |
| 768. - HCP Inc | | | | | Sold | 01/30/14 | J | A | |
| 769. - Hospitality Properties REIT Trust | | | | | Sold | 01/30/14 | J | A | |
| 770. - Independence Realty TR Inc | | | | | Buy (add'l) | 01/24/14 | J | | |
| 771. | | | | | Sold | 01/30/14 | J | A | |
| 772. - Intel Corp | | | | | Sold | 01/30/14 | J | A | |
| 773. - iShares Mortgage Real Estate | | | | | Sold | 01/30/14 | J | A | |
| 774. - Kellogg Company | | | | | Sold | 01/30/14 | J | | |
| 775. - Marvell Technology Croup LTD | | | | | Sold | 01/30/14 | J | A | |
| 776. - Maxim Integrated Prods Inc | | | | | Sold | 01/30/14 | J | A | |
| 777. - Medley Capital Corp | | | | | Sold | 01/30/14 | J | A | |
| 778. - Microsoft Corp | | | | | Sold | 01/13/14 | J | B | |
| 779. - Newmont Mining Corp New | | | | | Sold | 01/30/14 | J | A | |
| 780. - Pengrowth Energy Corp | | | | | Sold | 01/30/14 | J | A | |
| 781. - Pennantpark Investment Corp | | | | | Sold | 01/30/14 | J | A | |
| 782. - Pfizer Incorporated | | | | | Sold (part) | 01/27/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Sold | 01/30/14 | J | | |
| 784. - Proshares Short S&P 500 | | | | | Sold | 01/30/14 | L | | |
| 785. - Proshares TR ET Ultrashort Russell 2000 | | | | | Sold (part) | 01/07/14 | J | | |
| 786. | | | | | Sold (part) | 01/15/14 | J | | |
| 787. | | | | | Sold | 01/30/14 | J | | |
| 788. - Proshares Trust Ultrashort 20+ Treasury | | | | | Sold (part) | 01/10/14 | J | | |
| 789. | | | | | Sold | 01/30/14 | J | | |
| 790. - Prospect Capital Corp | | | | | Sold | 01/30/14 | J | | |
| 791. - Royal Dutch Shell PL | | | | | Sold | 01/13/14 | J | A | |
| 792. - Regal Entertainment Grp | | | | | Sold | 01/30/14 | J | A | |
| 793. - Safeway Inc | | | | | Sold | 01/30/14 | J | C | |
| 794. - SPDR S&P International Dividend | | | | | Sold (part) | 01/24/14 | J | | |
| 795. | | | | | Sold | 01/30/14 | J | | |
| 796. - Telefonicca Brasil SA Sponsored ADR | | | | | Sold | 01/30/14 | J | A | |
| 797. - Telefonica SA Spon ADR | | | | | Sold | 01/30/14 | J | | |
| 798. - TICC Capital Corp | | | | | Sold | 01/30/14 | J | A | |
| 799. - Transocean LTD Ordinary Shares | | | | | Sold (part) | 01/03/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Sold | 01/30/14 | J | | |
| 801.  - Two Harbors Invt Corp | | | | | Sold | 01/30/14 | K | | |
| 802.  - Vodafone Grouup PLC Sponsored ADR | | | | | Sold | 01/13/14 | J | B | |
| 803.  - Whitestone REIT | | | | | Sold | 01/30/14 | J | | |
| 804.  - Campus Crest Cmntys Inc | | | | | Buy | 01/06/14 | J | | |
| 805. | | | | | Sold | 01/30/14 | J | | |
| 806.  - Proshares Trust Ultrashort S&P 500 New | | | | | Buy | 01/17/14 | J | | |
| 807. | | | | | Buy (add'l) | 01/24/14 | J | | |
| 808. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 809. | | | | | Sold | 01/30/14 | K | A | |
| 810.  - First TR Canada Alphadex FD | | | | | Buy | 02/04/14 | K | | |
| 811. | | | | | Buy (add'l) | 04/14/14 | K | | |
| 812. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 813. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 814. | | | | | Sold (part) | 09/29/14 | J | A | |
| 815. | | | | | Sold | 11/03/14 | L | | |
| 816.  - First TR Japan Alphadex Fund | | | | | Buy | 02/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Ambro, Thomas L.

05/14/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Sold | 03/31/14 | K | A | |
| 818. | | | | | Buy | 06/02/14 | K | | |
| 819. | | | | | Sold | 09/02/14 | K | B | |
| 820. - First Trust Financial Alphadex Fund | | | | | Buy | 02/04/14 | K | | |
| 821. | | | | | Buy (add'l) | 02/10/14 | K | | |
| 822. | | | | | Sold (part) | 02/24/14 | J | A | |
| 823. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 824. | | | | | Sold (part) | 06/09/14 | K | B | |
| 825. | | | | | Sold (part) | 06/16/14 | K | B | |
| 826. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 827. | | | | | Sold (part) | 07/21/14 | J | A | |
| 828. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 829. | | | | | Sold (part) | 08/11/14 | J | A | |
| 830. | | | | | Sold (part) | 08/18/14 | J | A | |
| 831. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 832. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 833. | | | | | Buy (add'l) | 10/13/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Date of Report

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 10/20/14 | M | | |
| 835. | | | | | Buy (add'l) | 12/08/14 | M | | |
| 836. | | | | | Buy (add'l) | 12/09/14 | L | | |
| 837. | | | | | Sold (part) | 12/29/14 | K | A | |
| 838.   - First TR Europe Alphadex Fund | | | | | Buy | 02/04/14 | L | | |
| 839. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 840. | | | | | Sold (part) | 02/10/14 | J | A | |
| 841. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 842. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 843. | | | | | Sold (part) | 08/11/14 | J | | |
| 844. | | | | | Sold (part) | 09/02/14 | K | A | |
| 845. | | | | | Sold (part) | 09/29/14 | J | | |
| 846. | | | | | Sold (part) | 10/13/14 | J | | |
| 847. | | | | | Sold | 11/03/14 | M | | |
| 848.   - First Trust Technoloty ETF Alphadex Fund | | | | | Buy | 02/04/14 | K | | |
| 849. | | | | | Buy (add'l) | 02/10/14 | K | | |
| 850. | | | | | Sold (part) | 02/24/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 852. | | | | | Sold (part) | 06/09/14 | K | C | |
| 853. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 854. | | | | | Sold (part) | 07/21/14 | J | B | |
| 855. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 856. | | | | | Sold (part) | 08/11/14 | K | A | |
| 857. | | | | | Sold (part) | 08/18/14 | J | A | |
| 858. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 859. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 860. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 861. | | | | | Buy (add'l) | 10/21/14 | L | | |
| 862. | | | | | Sold (part) | 10/27/14 | J | A | |
| 863. | | | | | Sold (part) | 11/03/14 | J | A | |
| 864. | | | | | Sold (part) | 12/09/14 | K | B | |
| 865. | | | | | Sold (part) | 12/30/14 | K | C | |
| 866.  - First Trust Industrials/ Producer Durables Alphadex | | | | | Buy | 02/04/14 | K | | |
| 867. | | | | | Sold | 02/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | Buy | 06/09/14 | M | | |
| 869. | | | | | Sold | 06/09/14 | K | | |
| 870. | | | | | Buy (add'l) | 07/21/14 | L | | |
| 871. | | | | | Sold (part) | 07/07/14 | L | | |
| 872. | | | | | Sold (part) | 07/28/14 | L | | |
| 873. | | | | | Buy (add'l) | 08/19/14 | L | | |
| 874. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 875. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 876. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 877. | | | | | Sold | 10/20/14 | M | | |
| 878. - First Trust Health Career Alphadex Fund | | | | | Buy | 02/04/14 | K | | |
| 879. | | | | | Buy (add'l) | 02/10/14 | K | | |
| 880. | | | | | Sold (part) | 02/24/14 | J | A | |
| 881. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 882. | | | | | Sold (part) | 06/09/14 | K | A | |
| 883. | | | | | Sold (part) | 06/16/14 | K | B | |
| 884. | | | | | Buy (add'l) | 07/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 57 of 66

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

Ambro, Thomas L.

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Sold (part) | 07/21/14 | J | B | |
| 886. | | | | | Buy (add'l) | 07/28/14 | K | | |
| 887. | | | | | Sold (part) | 08/11/14 | K | B | |
| 888. | | | | | Sold (part) | 08/18/14 | J | B | |
| 889. | | | | | Sold (part) | 09/02/14 | J | | |
| 890. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 891. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 892. | | | | | Sold | 10/20/14 | M | D | |
| 893. - First Trust Material Alphadex Fund | | | | | Buy | 02/04/14 | K | | |
| 894. | | | | | Buy (add'l) | 02/10/14 | K | | |
| 895. | | | | | Sold (part) | 02/24/14 | J | A | |
| 896. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 897. | | | | | Sold (part) | 06/09/14 | K | B | |
| 898. | | | | | Sold (part) | 06/16/14 | K | B | |
| 899. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 900. | | | | | Sold (part) | 07/21/14 | J | A | |
| 901. | | | | | Buy (add'l) | 07/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Ambro, Thomas L.

Date of Report

05/14/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 08/11/14 | J | A | |
| 903. | | | | | Sold (part) | 08/18/14 | J | A | |
| 904. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 905. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 906. | | | | | Buy (add'l) | 10/13/14 | K | | |
| 907. | | | | | Buy (add'l) | 10/21/14 | L | | |
| 908. | | | | | Sold | 10/27/14 | M | | |
| 909.   - First Trust Energy Alphadex Fund | | | | | Buy | 02/04/14 | K | | |
| 910. | | | | | Buy (add'l) | 02/24/14 | K | | |
| 911. | | | | | Sold (part) | 02/10/14 | K | | |
| 912. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 913. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 914. | | | | | Sold (part) | 06/09/14 | J | C | |
| 915. | | | | | Sold (part) | 06/16/14 | K | C | |
| 916. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 917. | | | | | Sold (part) | 07/21/14 | J | B | |
| 918. | | | | | Sold (part) | 08/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 08/18/14 | J | A | |
| 920. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 921. | | | | | Sold | 09/29/14 | L | | |
| 922.  - Pimco ETF Trust Enhanced Short Maturity Strategy Fund | | | | | Buy | 02/04/14 | L | | |
| 923. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 924. | | | | | Buy (add'l) | 03/31/14 | K | | |
| 925. | | | | | Sold (part) | 03/03/14 | L | A | |
| 926. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 927. | | | | | Sold (part) | 04/28/14 | L | A | |
| 928. | | | | | Sold (part) | 06/02/14 | K | | |
| 929. | | | | | Buy (add'l) | 10/21/14 | M | | |
| 930. | | | | | Sold | 10/28/14 | M | | |
| 931.  - First TR Asia Pacific Ex-Japan Alphadex Fund | | | | | Buy | 03/03/14 | L | | |
| 932. | | | | | Buy (add'l) | 04/14/14 | K | | |
| 933. | | | | | Buy (add'l) | 04/28/14 | K | | |
| 934. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 935. | | | | | Sold (part) | 09/29/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold (part) | 10/13/14 | J | A | |
| 937. | | | | | Sold | 11/03/14 | L | | |
| 938.  - First TR Emerging Markets Alphadex Fund | | | | | Buy | 03/03/14 | K | | |
| 939. | | | | | Sold (part) | 03/31/14 | J | A | |
| 940. | | | | | Buy (add'l) | 04/14/14 | L | | |
| 941. | | | | | Buy (add'l) | 04/28/14 | K | | |
| 942. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 943. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 944. | | | | | Sold (part) | 08/04/14 | J | A | |
| 945. | | | | | Sold (part) | 09/02/14 | K | C | |
| 946. | | | | | Sold (part) | 09/29/14 | J | A | |
| 947. | | | | | Sold (part) | 10/13/14 | J | | |
| 948. | | | | | Sold (part) | 10/20/14 | J | | |
| 949. | | | | | Buy (add'l) | 11/03/14 | L | | |
| 950. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 951. | | | | | Sold (part) | 12/01/14 | J | | |
| 952. | | | | | Sold (part) | 12/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. - First Trust Consumer Staples Alphadex Fund | | | | | Buy | 06/17/14 | L | | |
| 954. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 955. | | | | | Sold (part) | 07/21/14 | J | | |
| 956. | | | | | Sold (part) | 07/28/14 | L | | |
| 957. | | | | | Buy (add'l) | 08/11/14 | L | | |
| 958. | | | | | Sold (part) | 08/18/14 | J | A | |
| 959. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 960. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 961. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 962. | | | | | Buy (add'l) | 10/21/14 | L | | |
| 963. | | | | | Sold (part) | 11/03/14 | J | A | |
| 964. | | | | | Sold (part) | 12/09/14 | J | A | |
| 965. | | | | | Sold (part) | 12/30/14 | K | C | |
| 966. - First Trust Utilities Alphadex Fund | | | | | Buy | 06/17/14 | L | | |
| 967. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 968. | | | | | Sold (part) | 07/21/14 | J | A | |
| 969. | | | | | Buy (add'l) | 07/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. | | | | | Sold (part) | 08/04/14 | M | | |
| 971. | | | | | Buy (add'l) | 12/29/14 | L | | |
| 972. | | | | | Buy (add'l) | 12/30/14 | L | | |
| 973. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 974.  - First Trust Consumer Discretionary Alphadex Fund | | | | | Buy | 08/04/14 | M | | |
| 975. | | | | | Sold (part) | 08/11/14 | K | | |
| 976. | | | | | Sold (part) | 08/18/14 | J | A | |
| 977. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 978. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 979. | | | | | Sold (part) | 10/13/14 | L | | |
| 980. | | | | | Buy (add'l) | 12/29/14 | L | | |
| 981. | | | | | Buy (add'l) | 12/30/14 | L | | |
| 982.  - First TR Switzerland Alphadex Fund | | | | | Buy | 09/02/14 | L | | |
| 983. | | | | | Sold (part) | 09/29/14 | J | | |
| 984. | | | | | Sold | 11/03/14 | L | | |
| 985.  - First TR United Kingdom Alphadex Fund | | | | | Buy | 09/29/14 | L | | |
| 986. | | | | | Sold | 11/03/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - First TR Exchange Traded Alphadex Eurozone | | | | | Buy | 12/01/14 | M | | |
| 988. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 989. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 990. - First TR Enhanced Short Maturity FD | | | | | Buy | 10/28/14 | N | | |
| 991. | | | | | Buy (add'l) | 11/03/14 | N | | |
| 992. | | | | | Sold (part) | 12/01/14 | M | | |
| 993. | | | | | Sold (part) | 12/08/14 | M | | |
| 994. | | | | | Sold (part) | 12/29/14 | M | | |
| 995. PMC Family LLC | | None | M | W | | | | | |
| 996. The Sequoia Fund | A | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | |
| 997. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 998. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 999. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 1000. | | | | | Buy (add'l) | 05/01/14 | J | | |
| 1001. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 1002. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 1003. | | | | | Buy (add'l) | 08/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 1005. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 1006. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 1007. | | | | | Buy (add'l) | 12/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 305, has rental income from property located in Middletown, DE. This asset was purchased in 2004 for $80,925.

Asset listed in Part VII, Line 304, has rental income from property located in Newark, DE.

Assets listed in Part VII, lines 100, 886, 1169, and 1219 of the prior year report, should not have been listed as a part sale. The assets were completely sold in 2013.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544